UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2006 DEC 13 P 1: 56

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

ANDERIA S. JONES

_____/

Case No. 3:98-cr-60-J-20MCR

## ORDER

On December 13, 2006, Ronald T. Henry, Assistant United States Attorney, and the Defendant, ANDERIA S. JONES, appeared in person and with her counsel, Lynn Palmer Bailey, for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 35, filed November 8, 2006).

The Defendant, having heretofore been convicted on November 24, 1998, in Case No. 98-60-Cr-J-20C, of offense charged, to wit: Possession of crack cocaine with intent to distribute, in violation of Title 21 U.S.C. § 841(a)(1), as charged in Count One of the Indictment; and was sentenced to be imprisoned for a term of 100 months; and was placed on supervised release for a term of five (5) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED** that supervision is reinstated upon the original terms and conditions, and the following additional conditions:

    a. The Defendant shall perform 100 hours of community service within the next 12 months as directed by the Probation Officer.

b. The Defendant shall participate as directed in a program of mental health treatment approved by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable to by Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of December, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Ronald T. Henry, Esq.
Lynn Palmer Bailey, Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation Office